# Court of Appeals
# of the State of Georgia

ATLANTA,  July 22, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0002.  OLEKSANDRA PLYATSKO v. BRANDON SIMPSON.**

Having considered Oleksandra Plyatsko's "Emergency Motion to Compel Reassignment of Judge and Record Transmission Pursuant to USCR 25.3 and Due Process" filed under Court of Appeals Rule 40 (b), it is hereby DENIED. However, we note that the Clerk of the Superior Court of Fulton County has been specifically directed in the recusal order to reassign Civil Action File No.: 2023CV376411 in accordance with Uniform Superior Court Rules 3.1 and 3.4.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  07/22/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*